UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**JIM YOUNGMAN and ROBERT ALLEN,**

             **Plaintiffs,**

**v.**                                                                   **Case No:  6:16-cv-1478-Orl-41GJK**

**A&B INSURANCE AND FINANCIAL, INC.,**

             **Defendant.**
_____/

## ORDER

THIS CAUSE is before the Court on the parties' Joint Motion to Stay Case (Doc. 44), in which the parties advise the Court that they are currently preparing a class action settlement agreement and a motion requesting approval of the settlement agreement to be filed by May 31, 2017. The parties therefore request that this case be stayed until the Court rules on the forthcoming motion for approval of the settlement. (*Id.* at 1). Accordingly, it is hereby **ORDERED** and **ADJUDGED** as follows:

1. The Joint Motion to Stay Case (Doc. 44) is **GRANTED**.

2. **On or before May 31, 2017**, the parties shall file the motion requesting preliminary approval of the class action settlement.

3. This case is **STAYED** pending this Court's ruling on the parties' motion for preliminary approval of the class action settlement.

4. The Clerk is directed to administratively close this case.

**DONE** and **ORDERED** in Orlando, Florida on May 18, 2017.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record