UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**JIM YOUNGMAN and ROBERT ALLEN,**

    **Plaintiffs,**

v.                        Case No: 6:16-cv-1478-Orl-41GJK

**A&B INSURANCE AND FINANCIAL, INC.,**

    **Defendant.**
_____/

## ORDER

THIS CAUSE is before the Court upon *sua sponte* review of the record. On February 14, 2018, Plaintiffs filed their Unopposed Second Renewed Motion for Preliminary Approval of Class Action Settlement (Doc. 61). In light of this filing, it is **ORDERED** and **ADJUDGED** as follows:

1. Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement (Doc. 46), Plaintiff's Unopposed Renewed Motion for Preliminary Approval of Class Action Settlement (Doc. 57), and Plaintiff's Unopposed Motion to Submit the Class List Under Permanent Seal (Doc. 58) are **DENIED as moot**.

2. The Report and Recommendation (Doc. 52) addressing Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement (Doc. 46) is **moot**.

3. The Report and Recommendation (Doc. 59) is **ADOPTED** and **CONFIRMED** to the extent that it recommends denying as moot Plaintiff's Unopposed Motion to Submit the Class List Under Permanent Seal (Doc. 58). In all other respects, the Report and Recommendation (Doc. 59) is **moot**.

**DONE** and **ORDERED** in Orlando, Florida on March 12, 2018.



Copies furnished to:

Counsel of Record