UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**JIM YOUNGMAN and ROBERT
ALLEN,**

    **Plaintiffs,**

**v.**              **Case No:  6:16-cv-1478-Orl-41GJK**

**A&B INSURANCE AND FINANCIAL,
INC.,**

    **Defendant.**
_____/

## ORDER

   THIS CAUSE is before the Court on Plaintiffs' Unopposed Second Renewed Motion for Preliminary Approval of Class Action Settlement ("Renewed Motion," Doc. 61). United States Magistrate Judge Gregory J. Kelly submitted a Report and Recommendation (Doc. 64), recommending that the Court grant the Renewed Motion and enter Plaintiffs' proposed Preliminary Approval Order (Doc. 62 at 51–61). The parties filed a Joint Notice of Non-Objection to the Report and Recommendation (Doc. 65).

   After a *de novo* review, the Court agrees with the analysis in the Report and Recommendation. It is therefore **ORDERED** and **ADJUDGED** as follows:

   1. The Report and Recommendation (Doc. 64) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

   2. Plaintiffs' Unopposed Second Renewed Motion for Preliminary Approval of Class Action Settlement (Doc. 61) is **GRANTED**.

   3. The Court will enter Plaintiffs' proposed Preliminary Approval Order (Doc. 62 at 51–61) as a separate docket entry.

**DONE** and **ORDERED** in Orlando, Florida on April 17, 2018.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record